UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PROMOTE INNOVATION LLC, | ) | |
| | ) | Case No. 6:10-cv-635 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NOVATEL WIRELESS, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Novatel. | ) | |

## ORDER OF DISMISSAL

In light of the settlement agreement and stipulation of dismissal between Plaintiff Promote Innovation LLC ("Promote"), as Relator for the United States, and Novatel Wireless, Inc. ("Novatel"), the Court HEREBY ORDERS as follows:

1. This is an action by Promote, as Relator for the United States claiming false patent marking. On March 30, 2011, Promote filed an amended complaint in this action ("Amended Complaint").

2. Promote and Novatel have agreed to settle their disputes in this action. Promote consents to dismissal with prejudice of all of its claims in this suit. Accordingly, Promote's false marking claims against Novatel, as set forth in the Amended Complaint, are hereby dismissed with prejudice.

3. Any and all claims that have been or could have been brought by Promote against Novatel, on behalf of itself, the United States, and the general public, regarding alleged false marking or advertising or causing or contributing to false marking or advertising under 35 U.S.C. § 292 of the products identified in the Amended Complaint are fully resolved.

4. To the extent that any other claims for false marking under 35 U.S.C. § 292 of the

products identified in the Amended Complaint exist against Novatel, such claims are hereby extinguished. Accordingly, any future litigation brought under 35 U.S.C. § 292 on behalf of the United States and/or the general public with regard to any of the products identified in the Amended Complaint that were manufactured on or before the date hereof is barred.

5. Novatel and those acting in concert with Novatel may without further liability sell inventory and exhaust materials, packaging, and labels that were manufactured on or before the date hereof.

6. Promote and Novatel agree that Promote is in privity with the United States of America and the general public for the purposes of this litigation.

7. Promote and Novatel shall each bear their own attorney fees and costs incurred in connection with this action.

8. This Court retains jurisdiction over the parties and the settlement agreement for purposes of resolving any dispute that may arise under it.

**So ORDERED and SIGNED this 11th day of April, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**